**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE FLORES,<br>Defendant. | Case No. 2:26-mj-00471-EJY<br>**<u>ORDER</u>** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, October 13, 2026, at 3:00 p.m. be vacated and continued to January 26, 2027 at the hour of 3:00 p.m.

DATED this 1st of October 2026.

UNITED STATES MAGISTRATE JUDGE